United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUNK LAW FIRM, PLLC,<br>*Plaintiff,* | §§§§ | |
| v. | §§ | CIVIL ACTION NO. 4:16-cv-3405 |
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br>*Defendant.* | §§§§ | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Dunk Law Firm PLLC and Defendant Nationwide Mutual Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 26th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

1